FILED

2019 MAR 13 PM 12: 34

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19 CR 149 |
| CHRISTOPHER PEET, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and |
| | ) 924(a)(2) |
| Defendant. | ) |

JUDGE PEARSON

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about January 3, 2019, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER PEET, having been previously convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Domestic Violence, on or about July 23, 2014, in Case Number CR-14-585435, in Cuyahoga County Common Pleas Court; Attempted Felonious Assault, on or about July 23, 2014, in Case Number CR-14-583985, in Cuyahoga County Common Pleas Court; Drug Trafficking, on or about July 25, 2011, in Case Number CR-11-550267, in Cuyahoga County Common Pleas Court; Drug Trafficking, on or about July 25, 2011, in Case Number CR-11-549903, in Cuyahoga County Common Pleas Court; Improper Discharge of a Firearm into a Habitation or School with Firearm Specification, on or about April 30, 2001, in Case Number CR-00-396060, in Cuyahoga County Common Pleas Court; and Felonious Assault, on or about June 3, 1997, in Case Number CR-97-349719, in Cuyahoga County Common Pleas Court, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith & Wesson, Model 5946 STNLS, 9mm caliber semi-

automatic pistol, bearing serial number TDN6812, and twelve (12) rounds of 9mm caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.